UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK CONS, | ) | NO. CV 13-2796-DDP (AS) |
|     Petitioner, | ) | |
| | ) | **JUDGMENT** |
|     v. | ) | |
| JANDA, Warden, | ) | |
|     Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 24, 2015

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE